UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Christopher +
Heather Long

Case No. 08-57596

Chapter

## APPLICATION FOR PAYMENT FROM UNCLAIMED FUNDS

The undersigned, Latoya M McDowell , applies to the
Bankruptcy Court for the Eastern District of Michigan for entry of an order directing the
Clerk of the Court to remit to the applicant the sum of $ 4305.09 , said
funds having been deposited into the Treasury of the United States pursuant to an
order of the Court as unclaimed funds for creditor East Bay Funding, LLC .
The applicant further states that:

1.      (Indicate one of the following)

_____ Applicant is the creditor named in the above case and states that
no other application for this claim has been submitted by or at the
request of the creditor

_____ Applicant is the duly authorized representative for the business or
corporation named as the creditor. Applicant has reviewed all
records of the creditor and states that no other application for this
claim has been submitted by or at the request of this creditor. An
Affidavit of Creditor is attached and made part of this application.

_____ Applicant is either a family member of the deceased creditor or a
successor in interest to the individual or business named as the
creditor. An original "power of attorney" conforming to the official
Bankruptcy Form and/or other supporting documents which
indicated the applicants' entitlement to this claim is attached and
made part of this application.

2.      Applicant has made sufficient inquiry and has no knowledge that this claim has
been previously paid, that any other application for this claim is currently

pending before this court, or that any party other than the applicant is entitled to submit an application for this claim.

Application for Payment from Unclaimed Funds

Respectfully submitted this _14th_ day of _June_ , 20_12_ .

_East Bay Funding, LLC, c/o_
_Resurgent Capital_
_Services_
Name of creditor

_Robyn L. McDonell_
Signature of Applicant

_Latoya McDonell, Legal Services Coordinator_
Name and Title of Applicant

_Resurgent Capital Services_
Company Name

_15 South Main St. Ste 700_
Street Address

_Greenville, SC 29603_
City and State

_864-248-8305_
Telephone number

_35-2425413_
Tax Identification

XXX-XX- _5413_
Social Security Number

_#9_
Claim Number

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Christopher Long &
Heather Long

Case No. 08-57596

Chapter

## ORDER FOR PAYMENT OF UNCLAIMED FUNDS

Upon application and in accordance with the provisions of 28 U.S.C. Section 2042, that following a review of the sufficiency of the Affidavit of Claimant information that the claimant is properly entitled to said funds, and that the U.S. Attorney for the Eastern District of Michigan was provided a copy of this application with a proof of service attached to the application,

**IT IS ORDERED** that the Clerk of the U.S. Bankruptcy Court remit to

East Bay Funding, LLC , the sum of

$4365.09 dollars ($ 4365.09 ), of unclaimed

funds held in the U.S. Treasury.

_____
United States Bankruptcy Judge

Dated: _____

Katherine B. Gullo, Clerk
U.S. Bankruptcy Court

By: _____
    Deputy Clerk

UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Christopher Long & Heather Long

Case No. 08-57596

Chapter

**AFFIDAVIT OF CLAIMANT**

I, Lisa Landreth , do hereby state that I am the claimant to the unclaimed funds released in this application and that I am, to the best of my knowledge, the legal owner of these funds.

Mailing address: 15 South Main St. Ste-700
Greenville, SC 29603

_____

Phone number: 804-248-8305

Social security number XXX-XX- 5413

If claimant is a corporation, the federal tax ID number 35-2425413

1. Claimant History: Substantiate claimant's right to the claim; i.e. if the payment is to an individual, include a copy of driver's license or state identification card. If a corporation, include purchase agreements regarding the right to ownership. Attached are certified copies of all necessary documentation.

2. I (or the company which I represent) neither have previously received remittance for this claim nor contracted with any other party other than the person named in item one above to recover these funds.

Affidavit of Claimant

I declare under penalty of perjury that the foregoing copy is true and correct.

Dated: _6/14/12_          _Lisa Landreth_
                          Signature of Claimant

Sworn to and Subscribed before me this
_14_ day of _June_____, 20_12_

_Robin Underwood_
NOTARY PUBLIC AT LARGE
STATE OF _~~By~~ South Carolina_
          3/09/2019

# UNITED STATES BANKRUPTCY COURT
## Eastern DISTRICT OF Michigan

In re: **Christopher A. Long and Heather G. Long**

|  |  |
|---|---|
| ) | Case No. 08-57596 |
| ) |  |
| ) | Chapter: 13 |
| ) |  |
| ) |  |
| ) |  |
| **Debtors** ) |  |

## <u>AFFIDAVIT OF LATOYA MCDOWELL</u>

I, LaToya McDowell, hereby declare as follows:

1.     I am over the age of 18 years and not a party to the within action.

2.     I am a Legal Services Coordinator for Resurgent Capital Services. I am an authorized representative of Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD, LLC and Ashley Funding Services, LLC and East Bay Funding, LLC.

3.     I am authorized to make this Affidavit on behalf of Creditor.

4.     I am employed by the Creditor to file this petition on behalf of Resurgent Capital Services, Sherman Originator, LLC, Sherman Acquisition, LP, LVNV Funding, LLC, PYOD and Ashley Funding, East Bay Funding, LLC.


<u>       LaToya L. McDowell        </u>
            LaToya McDowell

*FILED 2012 JUN 18 U.S. BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN DETROIT*

1

STATE OF SOUTH CAROLINA
COUNTY OF GREENVILLE

On _June 14_, 2012, before me Robin Underwood, personally appeared LaToya McDowell, personally known to me as the person whose name is subscribed to the above instrument and acknowledged to me that he/she executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon whose behalf he/she acted, executed the instrument.

_Robin Underwood_
Notary Public
My Commission Expires: 3/09/2019

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION - DETROIT**

In re:
    CHRISTOPHER A. LONG
    HEATHER G. LONG
        Debtor(s)

Case No. 08-57596-TJT

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tammy L. Terry, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/22/2008.

2) The plan was confirmed on 10/22/2008.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 01/30/2012.

6) Number of months from filing to last payment: 42.

7) Number of months case was pending: 45.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $8,256.00.

10) Amount of unsecured claims discharged without payment: $11,950.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $66,172.65 | |
| Less amount refunded to debtor | $1,254.68 | |
| **NET RECEIPTS:** | | **$64,917.97** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,075.66 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $3,531.85 | |
| Other | $0.00 | |
| **TOTAL EXPENSES OF ADMINISTRATION:** | | **$7,607.51** |

Attorney fees paid and disclosed by debtor:     $210.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| Citimortgage Inc. | Secured | 8,200.00 | 5,808.80 | 6,450.02 | 6,450.02 | 0.00 |
| Citimortgage Inc. | Secured | NA | 33,495.28 | 33,495.28 | 33,495.28 | 0.00 |
| CLERK OF US BANKRUPTCY COURT | Unsecured | NA | 0.00 | 485.21 | 485.21 | 41.91 |
| CLERK OF US BANKRUPTCY COURT | Unsecured | NA | 0.00 | 4,804.35 | 4,804.35 | 503.25 |
| eCAST Settlement Corporation assignee o | Unsecured | NA | 0.00 | 1,765.16 | 1,765.16 | 134.81 |
| Hfc - Usa/Beneficial | Unsecured | 5,247.00 | NA | NA | 0.00 | 0.00 |
| James Cantrell | Secured | NA | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 0.00 | 5,773.75 | 5,773.75 | 441.12 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | NA | 3,173.15 | 3,173.15 | 3,173.15 | 242.45 |
| Sears/Cbsd | Unsecured | 1,131.00 | NA | NA | 0.00 | 0.00 |
| Wf Fin Bank | Unsecured | 5,572.00 | NA | NA | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $33,495.28 | $33,495.28 | $0.00 |
| Mortgage Arrearage | $6,450.02 | $6,450.02 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$39,945.30** | **$39,945.30** | **$0.00** |
| | | | |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| | | | |
| **GENERAL UNSECURED PAYMENTS:** | **$16,001.62** | **$16,001.62** | **$1,363.54** |

| Disbursements: | | |
|---|---|---|
| Expenses of Administration | $7,607.51 | |
| Disbursements to Creditors | $57,310.46 | |
| | | |
| **TOTAL DISBURSEMENTS :** | | **$64,917.97** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 04/09/2012

By: /s/ Tammy L. Terry
_____
Trustee

STATEMENT: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

CHRISTOPHER A. LONG
HEATHER G. LONG

CASE NO. 08-57596-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

Debtors

## NOTICE OF UNCLAIMED DIVIDENDS

TO: CLERK OF THE COURT

The attached check represents an unclaimed dividend in this estate and is remitted to the court pursuant to U.S.C. 347(a). The name of the party entitled to this unclaimed dividend is as follows:

| Payee Name and Account Number | Court Clm # | Trustee Clm # | Class of Claim | Check # | Date | Amount |
|---|---|---|---|---|---|---|
| ROUNDUP FUNDING LLC MAIL STOP 550 PO BOX 91121 SEATTLE, WA 98111-9221 | 5 | 9.00 | UNSECURED | 1448227 | 2/1/12 | $ 4,365.09 |

DATED: March 06, 2012

/s/ TAMMY L. TERRY
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100
DETROIT, MI 48226

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

CHRISTOPHER A. LONG
HEATHER G. LONG

CASE NO. 08-57596-TJT
CHAPTER 13 PROCEEDINGS
HON. THOMAS J. TUCKER

_____ Debtors _____

NOTICE IS HEREBY GIVEN THAT:

The Trustee had a balance remaining in her account which represents checks drawn, mailed to entities pursuant to the final distribution under U.S.C. 726, 1226 or 1326 in a case under Chapter 13 in the above captioned matter. The checks were never negotiated. The trustee has made a good faith effort to verify the correct mailing address for said entities and deliver the funds before presenting this notice. More than sufficient time has passed for the checks to the creditor to be negotiated.

Attached and made a part of this notice is a list, pursuant to Bankruptcy Rule 3011, of the names and claim numbers of the claimants and the amounts to which each is entitled.

WHEREFORE, your trustee hereby gives notice that the sum as stated on the attached list for the above captioned matter has been deposited with the Clerk of the U.S. Bankruptcy Court, Eastern District of Michigan, to effect closing of this estate.

**Attorney Information:**

**FREE BANKRUPTCY EVALUATION, P.C.**
**24725 WEST 12 MILE ROAD**
**SUITE 110**
**SOUTHFIELD, MI 48034**

**Last Known Address for Debtors:**

**CHRISTOPHER A. LONG**
**HEATHER G. LONG**
**33545 CLINTON**
**WAYNE, MI 48184**

DATED: March 06, 2012

/s/ TAMMY L. TERRY_____
TAMMY L. TERRY, STANDING
CHAPTER 13 TRUSTEE
535 GRISWOLD
SUITE 2100

| UNITED STATES BANKRUPTCY COURT EASTERN DISTRICT OF MICHIGAN (DETROIT) | PROOF OF CLAIM |
|---|---|

| Name of Debtor HEATHER LONG | Case Number 08-57596 |
|---|---|

NOTE: This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for p administrative expense may be filed pursuant to 11 U.S.C. § 503.

Name of Creditor (The person or other entity to whom the debtor owes money or
Target National Bank

Name and address where notices should b

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

Telephone Number: (877) 332-3543

☐ Check this box to indicate that this claim amends a previously filed cla

**Court Claim Number:**
*(if known)* _____

Filed on: _____

Name and address where payment should be sent (if different from above)

TARGET NATIONAL BANK
C O WEINSTEIN AND RILEY, PS
PO BOX 3978
SEATTLE, WA 98124-3978

Telephone Number: (877) 332-3543

☐ Check this box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.

☐ Check this box if you are the debtor trustee in this case.

**1. Amount of Claim at Time Case File** $4804.35

If all or part of your claim is secured, complete item 4 below; however, if all of your claim is unsecured, do not co item 4.

If all or part of your claim is entitled to priority, complete item 5.

☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Att itemized statement of interest or charges.

**2. Basis for Claim** Other – Credit Card
(See instruction #2 on reverse side.

**3. Last four digits of any number by which creditor identifies** c XXXXXXXXXXXX8097

3a. Debtor may have scheduled accoun
(See instruction #3 on reverse side.

**4. Secured Claim** (See instruction #4 on reverse side.
Check the appropriate box if your claim is secured by a lien on property or a right of setoff and provide the re information.

**Nature of property of right of setc** ☐ Real Estate ☐ Motor Vehicle ☐ Other
**Describe:**

Value of Property: $_____ Annual Interest Rate____%

Amount of arrearage and other charges as of time case filed inclued in secured claim,

if any: $_____ Basis for perfection: _____

Amount of Secured Claim $0.00 Amount Unsecured $4804.35

**6. Credits:** The amount of all payments on this claim has been credited for the purpose of making this pro

**7. Documents** Attach redacted copies of any documents that support the claim, such as promissory nol orders, invoices, itemized statements or running accounts, contracts, judgments, mortgages, and security agree also attach a summary. Attach redacted copies of documents providing evidence of perfection of a security inter also attach a summary *(See definintion of "redacted" on reverse side.,*

DO NOT SEND ORIGINAL DOCUMENTS. ATTACHED DOCUMENTS MAY BE DESTROYED AFTER SCANNING.

If the documents are not available, please explain:

**5. Amount of Claim Entitled t**
**Priority under 11 U.S.C. §507(a). If** any portion of your claim falls in c of the following categories, check box and state the amount.

Specify the priority of the claim.

☐ Domestic support obligations under U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Wages, salaries, or commissions (u $10,950*) earned within 180 days before filing of the bankruptcy petiti or cessation of the debtor's busines whichever is earlier -11 U.S.C. §507(a)(4).

☐ Contributions to an employee ben plan - 11 U.S.C. §507(a)(5).

☐ Up to $2,425* of deposits toward purchase, lease, or rental of propert services for personal, family, or household use - 11 U.S.C. §507(a)(

☐ Taxes or penalties owed to governmental units – 11 U.S.C. §§ (a)(8).

☐ Other -- Specify applicable paragrap 11 U.S.C. § 507 (a)(__).

**Amount entitled to priority:**

$_____

*Amounts are subject to adjustment on 4/1/10 and every 3 years thereafter with respect to cases commenced on or after date of adjustment.

| Date: September 8, 2008 | Signature: The person filing this claim must sign it. Sign and print name and title, the creditor or other person authorized to file this claim and state address and tele number if different from the notice address above. Attach copy of power of attorne /s/ Richard S. Ralston Richard S. Ralston, WA Bar No. 8546 Attorney for Target National Bank | FOR COURT USE ONLY |
|---|---|---|

*Penalty for presenting fraudulent claim Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.*

## Account Summary

Debtor Name:                          HEATHER LONG
Debtor SSN:                           XXX-XX-1055
Debtor Address:                       33545 CLINTON ST, WAYNE, MI 48184-1810
Merchant:
Issuer:                               Target National Bank
Assignor:
Balance as of date petition filed:    4804.35
Last Payment Date:                    December 21, 2007
Last Payment Amount:
Last Purchase Date:
Last Purchase Amount:



## Account Detail

| | | |
|---|---|---|
| Acct ID: 478858176 | Portfolio ID: 17089 | Account Status: BK - Potential |
| Acct Number: ~~8097~~8097 | | Collection Status:BAN |

## Account Balance

| | |
|---|---|
| Principal Balance: 3861.84 | Cost Balance: 0.00 |
| | Total Current Balance: 3861.84 |
| Atty Balance: 0.00 | |

## Collection Effort

| | | |
|---|---|---|
| Last Letter Date: | Last Call Date: | Last Skip Date: |

## GLB

This account has not been opted out.

## Cubs Data

No CUBS data exists.

## Additional Account Data

| | | |
|---|---|---|
| Last Pmt Date: | Current Owner: East Bay Funding, LLC | Last Purchase Date: |
| Last Pmt Amt: | Total NSF and Rev Txns: | Last Purchase Amt: |
| Last NSF Amt: | Purchase Date: 11/8/2011 | Net Pmt Amt: |
| Last NSF Date: | Out of Statute Date: 7/9/2013 | Funding Date: 11/8/2011 |
| Total Pmt Txns: | Date of first Delinq: 1/9/2008 | Funding Source: East Bay |
| Chg Off Date: 7/9/2008 | | Misc Data 1: |
| Chg Off Balance: 4804.35 | Product Source: TARGET NATIONAL BANK | Misc Data 2: |
| Orig Placement Balance: 3861.84 | Original Merchant: TARGET VISA | Misc Data 3: Target National Bank |
| | CCA Proposed Pmt: | Misc Data 4: 6237 |
| Origination Date: 10/8/2006 | CCA Phone: | CCA Accepted Pmt: |
| Sold To SFG By: B-Line, LLC | | |
| CCA Number: | | |
| CCA Start Balance: | | |



**Legal**

Judgment and Law suit information can now be found on the Legal tab.
Updates to the legal data will be handled by Inventory Management.

**Collateral**

No Collateral for Account

B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## FOR THE EASTERN DISTRICT OF MICHIGAN

In re ___HEATHER LONG_____,  Case No. ___08-57596_____

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

___East Bay Funding, LLC_____  ___Roundup Funding, LLC_____
Name of Transferee  Name of Transferor

Name and Address where notices to transferee should be sent:

    East Bay Funding, LLC
    c/o Resurgent Capital Services
    PO Box 288
    Greenville, SC 29603
Phone: ___877-264-5884_____

Last Four Digits of Acct #: ___8176_____

Court Claim # (if known): ___5_____
Amount of Claim: ___4804.35_____
Date Claim Filed: ___09/08/2008_____

Phone: ___866-670-2361_____
Last Four Digits of Acct. #: ___8097___

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Susan Gaines_____  Date: ___12/20/2011_____
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

## WAIVER OF NOTICE OF TRANSFER OF CLAIM

Roundup Funding, LLC, a Delaware limited liability company ("Transferor"), has sold and assigned certain claims to Sherman Originator III LLC, a Delaware limited liability company ("Transferee") pursuant to an Asset Purchase Agreement, dated September 23, 2011, as amended from time to time. Transferee is a limited liability company organized under the laws of the State of Delaware maintaining a place of business at 200 Meeting Street, Suite 206, Charleston, S.C. Said claims arise from consumer credit accounts (the "Accounts") issued to individuals who have filed petitions commencing cases under that U.S. Bankruptcy Code.

Transferor consents to the attachment of a copy of this Waiver of Notice of Transfer of Claim to a Notice of Transfer of Claim filed by Transferee or its agent pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2). Transferor specifically waives the right to receive notice of and object to the filing of the Notice of Transfer of Claim. Transferor requests that Transferee or Transferee's designated assignee are substituted for Transferor immediately upon the filing of the Notice of Transfer of Claim. A copy of this Waiver shall have the same force and effect as the original.

IN WITNESS WHEREOF, Transferor has executed this Waiver under its corporate seal by and through its duly authorized officer this 8th day of November, 2011.

ROUNDUP FUNDING, LLC

By: _____
Name: Sandra Collins
Title: Vice President


Signed and acknowledged in the presence of:

Witness: _____
Name (print): Don.Ka.Beary

Witness: _____
Name (print): KLAUs HETTLACH

## BILL OF SALE NO. 7

Each of the signatories hereto (each a "Seller"), for value received and pursuant to the terms and conditions of the Asset Purchase Agreement ("Agreement") dated September 23, 2011, as amended, among Sellers LSF5 B-Line Investments, LLC, B-Line, LLC, Roundup Funding, LLC, CR Evergreen, LLC, CR Evergreen II, LLC, Get Real Holdings, LLC, Avalon Financial Services, LLC, B-Real, LLC and Sherman Originator III LLC ("Purchaser") and Sherman Financial Group LLC, does hereby sell, assign and convey to Purchaser, its successor and assigns, all right, title and interest of Seller in and to those certain accounts listed in the data file named "Target BL Active 13", a copy of which is attached hereto, to the extent each Seller is shown to own the applicable account, without recourse and without representation or warranty of any kind, except to the extent provided for within the Agreement. Capitalized terms used but not defined herein have the respective meanings assigned to thereto in the Agreement

EXECUTED this __8th__ day of November, 2011.

IN WITNESS WHEREOF, the Parties have executed this Bill of Sale as of the date first written above.

**LSF5 B-LINE INVESTMENTS, LLC**

By:_____
Name:_____
Title:_____

**B-LINE, LLC**

By:_____
Name:_____
Title:_____

**ROUNDUP FUNDING, LLC**

By:_____
Name:___Sandra Collins_____
Title:___Vice President_____

**CR EVERGREEN, LLC**

By:_____
Name:_____
Title:_____

**CR EVERGREEN II, LLC**

By:_____
Name:_____
Title:_____

**GET REAL HOLDINGS, LLC**

By:_____
Name:_____
Title:_____

**AVALON FINANCIAL SERVICES, LLC**

By:_____
Name:_____
Title:_____

**B-REAL, LLC**
**By: B-LINE, LLC, its Manager**

By:_____
Name: Kyle Volluz
Title:   Manager

---

* Please note the original document may include additional signatory pages not relevant to the claim.

**Transfer and Assignment**

Sherman Originator III LLC ("SOLLC III"), without recourse, to the extent permitted by applicable law, hereby transfers, sells, assigns, conveys, grants and delivers to East Bay Funding, LLC ("East Bay") all of its right, title and interest in and to the receivables and other assets (the "Assets") identified on Exhibit A, in the Receivable File dated November 08, 2011 delivered by LSF5 B-Line Investments, LLC; B-Line, LLC; Roundup Funding, LLC; CR Evergreen, LLC; CR Evergreen II, LLC; Get Real Holdings, LLC; Avalon Financial Services, LLC; B-Real, LLC, By: B-LINE, LLC, its Manager on November 08, 2011 for purchase by SOLLC III on November 08, 2011. The transfer of the Assets included electronically stored business records.

Dated: **November 08, 2011**

Sherman Originator III LLC
a Delaware Limited Liability Company

By: _____

Name: Jon Mazzoli
Title: Director

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re: Christopher Long &
Heather Long

Case No. 08-57596

Chapter

PROOF OF SERVICE

I, the undersigned, hereby certify that on the 14th day of June

2012, a copy of the Application for Payment From Unclaimed Funds by Latoup

Icsoned on Behalf of East bay Funding LLC was served on the

United States Attorney for the Eastern District of Michigan at the following address:

U.S. Attorney for the Eastern District of Michigan
Attn.: Civil Division-Financial Litigation
211 West Fort Street, Suite 2001
Detroit, MI 48226-3211

Dated: 6/14/12                    By: Ron Caldwell